# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　Case No. 25-mj-809 EMB

JEFFREY LOPEZ-SUAZO

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about November 25, 2025, in the State and District of Minnesota, defendant,

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a deportation officer of Immigration and Customs Enforcement, who was engaged in the performance of official duties, and caused physical contact;

all in violation of Title 18, United States Code, Section 111(a).

I further state that I am a deportation officer of Immigration and Customs Enforcement and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

_Complainant's signature_

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Benjamin Jorgenson
ICE Deportation Officer
_Printed name and title_

Date: November 25, 2025

City and State: St. Paul, MN

_Judge's Signature_

Elsa M. Bullard
United States Magistrate Judge
_Printed Name and Title_