STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF RAMSEY    )

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I first joined ERO in August of 1998. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a complaint and arrest warrant. ICE agents are authorized to investigate violations of the Immigration and Nationality Act (INA), as well as offenses found in Title 8, 18, and 42 of the United States Code.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Jeffrey LOPEZ-SUAZO for assault of a federal officer in violation of Title 18, United States Code, Section 111(a).

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4. On the morning of November 25, 2025, deportation officers were conducting an operation in St. Paul to arrest an undocumented alien who had been previously removed from the United States and who had subsequently re-entered the United States unlawfully. Officers were conducting surveillance at the known address of the target, 609 Rose Avenue East, St. Paul, Minnesota.

5. At about 7:45 a.m., officers saw a suspect matching the target's description exit the address. The individual who left the address was later determined not to be the target, but another individual with the initials V.A.-R. V.A.-R. went to a white F-150 truck parked outside the residence. Officers confirmed that the F-150 was registered to V.A.-R.

6. At about the same time, officers saw another man, later identified as LOPEZ-SUAZO, leave the same residence. LOPEZ-SUAZO went to a blue Toyota Carolla also parked outside.

7. Officers elected to stop both vehicles in order to arrest V.A.-R. Four vehicles moved to box the F-150 truck and the Toyota Carolla in. These vehicles are unmarked but are equipped with flashing police lights. Officers activated the lights as they boxed the F-150 truck and Toyota Carolla in. In my training and experience, the flashing lights make the federal vehicles clearly identifiable as law enforcement vehicles.

8. I pulled my vehicle directly behind the Toyota Carolla driven by LOPEZ-SUAZO. I saw LOPEZ-SUAZO begin to move his vehicle in an attempt to squeeze past the law enforcement vehicles that had been stopped to block the F-150 truck and the Toyota Carolla in. Recognizing that LOPEZ-SUAZO was attempting to flee, I pulled alongside the Toyota Carolla to warn him not to continue. LOPEZ-SUAZO was able to squeeze his Toyota Carolla past the law enforcement vehicles and began to drive east on Rose Avenue.

9. I followed LOPEZ-SUAZO in my vehicle, with my police lights still flashing. I pulled alongside him to try to get in front of LOPEZ-SUAZO and stop his vehicle. After driving about a half a block, at the intersection or Rose Avenue East and Payne Avenue, LOPEZ-SUAZO suddenly jerked his vehicle to the left striking the passenger side of my vehicle. The impact knocked the passenger-side mirror off my vehicle and damaged the side of the vehicle. I had not gotten my vehicle in front of LOPEZ-SUAZO's Toyota Carolla, and from my perspective it was clear that LOPEZ-SUAZO had intentionally stuck my vehicle in an attempt to get away.

10. LOPEZ-SUAZO then took a series of right turns to go back to the address of 609 Rose Avenue East. In doing so, LOPEZ-SUAZO ran a stop sign and was nearly struck by oncoming traffic. When LOPEZ-SUAZO got back to the address, he parked his vehicle and ran back inside 609 Rose Avenue East. Federal law enforcement agents surrounded the residence and continue to

surround and secure the residence at the time of this submission.

11. Officers ran the plate of the Toyota Carolla and were able to determine that the registered owner was LOPEZ-SUAZO. I reviewed a Driver Vehicle Services photograph of the registered owner of the Toyota Carolla (LOPEZ-SUAZO) and confirmed that he was the man who had struck my vehicle. Additionally, officers interviewed V.A.-R., who said that V.A.-R. lives at 609 Rose Avenue East with another man V.A.-R. identified as "Jeffrey."

## CONCLUSION

12.  Based on the information set forth above, there is probable cause to believe that the Defendant, Jeffrey LOPEZ-SUAZO, violated Title 18, United States Code, Section 111, by assaulting a federal officer.

Further your Affiant sayeth not.

_____
Benjamin Jorgenson
Deportation Officer, ICE


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
November 25, 2025


_____
ELSA M. BULLARD
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA