IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| | ) | BEFORE: ELSA M. BULLARD |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 25-cr-457 (NEB/EMB) |
| | ) | Date: December 3, 2025 |
| Jeffrey Josuee Lopez-Suazo, | ) | Court Reporter: Nancy Meyer |
| | ) | Courthouse: St. Paul |
| Defendant. | ) | Courtroom: 3C |
| | ) | Time Commenced: 2:18 p.m. / 3:00 p.m. |
| | ) | Time Concluded: 2:50 p.m. / 3:11 p.m. |
| | ) | Time in Court: 43 minutes |

X **DETENTION HEARING**

APPEARANCES:

Plaintiff: Laura Trosen, Assistant U.S. Attorney
Defendant: Kate Adams
        X FPD

Interpreter/Language: Marianne McEvoy/Spanish

On X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Defendant arraigned, see arraignment minutes and order.

*s/nah*
Signature of Criminal Duty Clerk
