# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-457 (NEB/EMB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JEFFREY JOSUEE LOPEZ-SUAZO, aka Jeffrey Lopez-Suazo, | |
| Defendant. | |

The Court has received the February 18, 2026 Report and Recommendation of United States Magistrate Judge Elsa M. Bullard. (ECF No. 31.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 31) is ACCEPTED;

2. Defendant's Motion to Dismiss (ECF No. 25) is GRANTED with respect to dismissal but DENIED to the extent it seeks dismissal with prejudice;

3. The Government's Motion to Dismiss Indictment (ECF No. 28) is GRANTED; and

4.      The indictment (ECF No. 12) is DISMISSED without prejudice.

Dated: March 9, 2026                          BY THE COURT:

                                                           s/Nancy E. Brasel
                                                            Nancy E. Brasel
                                                           United States District Judge